# United States Court of Appeals for the Federal Circuit

---

December 11, 2025

**ERRATA**

---

Appeal No. 2023-1880

**CODA DEVELOPMENT S.R.O., CODA INNOVATIONS S.R.O., FRANTISEK HRABAL,**
*Plaintiffs-Appellants*

**v.**

**GOODYEAR TIRE & RUBBER COMPANY, ROBERT BENEDICT,**
*Defendants-Appellees*

---

Decided:  December 8, 2025
Precedential Opinion

---

Please make the following change:

On page 13, line 28, replace "Goodyear's assertion that these two elements" with "Coda's assertion that these two elements".